OCTOBER 28, 1980

IN THE MATTER OF LEWIS. (Docket No. 66019.) Leave to appeal is considered and, pursuant to GCR 1963, 853.2(4), in lieu of granting leave to appeal, we reverse the order of the Attorney Discipline Board dated October 13, 1980 denying the petition for a stay. The order of discipline by the hearing panel dated September 17, 1980 is stayed pending hearing on the order to show cause entered by the Attorney Discipline Board on October 13, 1980, and until further order of the Attorney Discipline Board. We do not retain jurisdiction. *Eugene N. LaBelle,* Deputy Grievance Administrator, Attorney Grievance Commission, for petitioner-appellee. *Alphonse Lewis, Jr., in propria persona,* and *Victor I. Smedstad* for respondent-appellant.